Claudell R. Smith
884398 G-118
3038 S 850 W
Bunker Hill IN
46914

FILED

2010 MAY 12 AM 11:49

STE[PHEN] [R. LUDWIG] CLERK
U.S. [DISTRICT] COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

Clerk of the U.S. District Court
for the Northern District of Indiana
204 S. Main St
South Bend IN 46601

RE: Writ of Habeas Corpus

Dear Clerk;

    I had filed a petition for Writ of Habeas Corpus on March 27, ~~2010~~ of 2010. I paid the filing fee yet I've received no response from the court. Please send me a docket sheet relative to this cause

Thank you

Claudell Smith