UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CLAUDELL R. SMITH,

        Petitioner,         Case No. 1:10-cv-1196

v.         Honorable Paul L. Maloney

SUPERINTENDENT,

        Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).


Dated:   January 10, 2011         /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge