UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAUDELL R. SMITH,

        Petitioner,        Case No. 1:10-cv-1196

v.        Honorable Paul L. Maloney

SUPERINTENDENT,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated:   January 20, 2011        /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  Chief United States District Judge