UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CLAUDELL R. SMITH,

     Petitioner,       Case No. 1:10-cv-1196

v.              Honorable Paul L. Maloney

SUPERINTENDENT,

     Respondent.
_____/

### *AMENDED* **JUDGMENT** (as to date only)

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated: January 11, 2011     /s/ Paul L. Maloney
               Paul L. Maloney
               Chief United States District Judge